1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

RAUL GARZA, JR.,                              )   No. C 11-5093 LHK (PR)
                                              )
12          Plaintiff,                        )   ORDER OF TRANSFER
                                              )
13      vs.                                   )
                                              )
14  WARDEN W. KNIPP, et al.,                  )
                                              )
15          Defendants.                       )
                                              )

16

17          Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint against

18  prison officials at Mule Creek State Prison in Ione, California.  The acts complained of occurred

19  in Ione, and Defendants are located in Ione, which lies within the venue of the Eastern District of

20  California.  Therefore, venue properly lies in the Eastern District.  *See* 28 U.S.C. § 1391(b).

21  Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern

22  District of California.  *See* 28 U.S.C. § 1406(a).  The Clerk shall terminate all pending motions

23  and transfer the entire file to the Eastern District of California.

            IT IS SO ORDERED.

24  DATED:   11/4/11

25                                                    LUCY H. KOH
                                                      United States District Judge

26

27

28

Order of Transfer
P:\pro-se\sj.lhk\cr.11\Garza093trans