IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GARZA, JR., ) | No. C 11-5093 LHK (PR) |
| ) | |
| Plaintiff, ) | ORDER OF TRANSFER |
| ) | |
| vs. ) | |
| ) | |
| WARDEN W. KNIPP, et al., ) | |
| ) | |
| Defendants. ) | |

    Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint against prison officials at Mule Creek State Prison in Ione, California. The acts complained of occurred in Ione, and Defendants are located in Ione, which lies within the venue of the Eastern District of California. Therefore, venue properly lies in the Eastern District. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

    IT IS SO ORDERED.

DATED: 11/4/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Transfer
P:\pro-se\sj.lhk\cr.11\Garza093trans